UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VON WHITE, | Case No. 2:13-cv-02277-JCM-NJK |
| Plaintiff(s), | ORDER RE: MOTION TO WITHDRAW |
| vs. | |
| PINE SONOMA SHADOWS, LLC, et al., | (Docket No. 16) |
| Defendant(s). | |

Pending before the Court is Plaintiff's attorneys' motion to withdraw.  Docket No. 16.  Any response shall be filed no later than April 10, 2014.  The Court hereby **SETS** a hearing on the motion for April 22, 2014, at 10:00 a.m. in Courtroom 3C.  Plaintiff and Plaintiff's counsel shall attend the hearing.  The Court understands that Plaintiff is in local Federal custody in Pahrump, Nevada.  The Court hereby **ORDERS** the United States Marshal to transport Plaintiff to and from the above hearing.

IT IS SO ORDERED.

DATED:   April 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge